**Order filed August 1, 2019**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00129-CR

_____

## CHRISTINA MARIE HAYNES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. 16011**

### O R D E R

Christina Marie Haynes entered an open plea of guilty to the offense of assault on a public servant. The trial court assessed Haynes's punishment at confinement for five years and a fine of $2,000. Haynes's court-appointed attorney on appeal has filed in this court a motion to dismiss this appeal. The motion is signed by counsel but is not signed by Haynes. We abate the appeal.

In order for the motion to dismiss to comply with Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion must be signed by both counsel and Haynes. Counsel is well aware of this requirement and has informed this court as follows by a letter dated July 12, 2019:

> It has been made aware to me by my client that she no longer wishes to pursue her appeal in this matter. She has also indicated that she wishes for the appeal to be dismissed. . . .
>
> Additionally, Ms. Haynes has been sent a copy of the motion to dismiss. As of this date I have yet to receive a copy back with her signature. . . .
>
> I was never able to get Ms. Haynes to sign her Certificate of Appeal and return it to me or the Court in the beginning of this appeal. . . .

This appeal has become unduly stalled due to Haynes's failure to sign and return the Trial Court's Certification of Defendant's Right of Appeal and, if she desires to dismiss this appeal, the lack of Haynes's signature on the motion to dismiss that was filed by appellate counsel. Accordingly, we remand the cause to the trial court so that it may determine whether Haynes desires to prosecute the appeal in this cause.

The trial court is directed to enter findings of fact and conclusions of law, if necessary, and to make any appropriate recommendations to this court. The clerk of the trial court is directed to prepare and forward to this court a clerk's record containing any findings, recommendations, or orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. The records are due to be filed in this court on or before September 5, 2019.

The appeal is abated.

PER CURIAM

August 1, 2019

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.